IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SIEU PHONG NGO,** <br><br> Petitioner, <br><br> v. <br><br> **BEN CURRY,** Warden, <br><br> Respondent. | No. C 08-0620 JSW (PR) <br><br> **[PROPOSED] ORDER** |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time to Respond to Petition is **GRANTED**; Respondent shall file a response to the Petition by **September 3, 2008**. If Petitioner wants to respond, he shall file his response within thirty days after receiving Respondent's motion or answer.

Dated: _____      _____
JEFFREY S. WHITE
United States District Judge