FILED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIEU PHONG NGO,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　　　　　　Respondent. | No. C 08-0620 JSW (PR)<br><br>[PROPOSED] ORDER<br>(Docket No. 4) |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time to Respond to Petition is **GRANTED**; Respondent shall file a response to the Petition by **September 3, 2008**. If Petitioner wants to respond, he shall file his response within thirty days after receiving Respondent's motion or answer.

Dated: 7/14/08

　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

[Proposed] Order

　　　　　　　　　　　　　　　　　　　　　　　　　　　Ngo v. Curry
　　　　　　　　　　　　　　　　　　　　　　　　　　　No. C 08-0620 JSW (PR)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SIEU PHONG NGO,

        Plaintiff,

v.

BEN CUYY et al,

        Defendant.
_____/

Case Number: CV08-00620 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sieu Phong Ngo J-07024
Correctional Training Facility
P.O. Box 689
B-319U
Soledad, CA 93960-0689

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk