# EXHIBIT 4

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

COURT OF APPEAL-4TH DIST DIV 3
FILED
NOV 0 9 2006
Deputy Clerk

| In re SIEU NGO on Habeas Corpus. | G037732 (Super. Ct. No. M10984) ORDER |
|---|---|

THE COURT:*

The petition for a writ of habeas corpus is DENIED.

O'LEARY, ACTING P. J.

* Before O'Leary, Acting P. J., Aronson, J., and Ikola, J.

ORIGINAL

G037732
Ngo v. Orange County Superior Court et al.


Superior Court of Orange County

Appellate Defender's, Inc.
District Attorney
Department of Corrections


Jennifer Lynne Peabody
Marilee Marshall & Associates Inc
523 W 6th St #1109
Los Angeles, CA 90014


Orange County Superior Court
Hon. Kazuharu Makino Dept. C5
700 Civic Center Drive West
Santa Ana, CA 92702


Office Of The State Attorney General
P O Box 85266
San Diego, CA 92186-5266


Office Of The District Attorney
Writs & Appeal
401 Civic Center Drive West
Santa Ana, CA 92701