# EXHIBIT 6

S148684

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re SIEU NGO on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

MAY 2 3 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

_____
Chief Justice